Hon. MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HUGO MARTIN RECINOS-RECINOS, et al., <br><br>Plaintiff, <br><br>v. <br><br>EXPRESS FORESTRY, INC., et al., <br><br>Defendant. | NO. C06-307MAT <br><br>NOTICE OF RELATED ACTIONS |

Two actions are pending before this Court that are related and should be considered together. The two matters are <u>Hugo Martin Recinos-Recinos, et al. v. Express Forestry, Inc., et al</u>, Cause Number C06-307MAT, and <u>Escolastico de Leon-Granados, et al. v. Eller and Sons Tress, Inc, et al.</u>, Cause Number 06-306P. Both of these actions arise in the same context: pending in two Federal District Courts (one in the Northern District of Georgia and one in the Eastern District of Louisiana) are claims by various Plaintiff migrant agricultural workers challenging wage and hour practices of their employers, Defendant agricultural labor contractors including Eller and Sons Trees, Inc. and Express Forestry, Inc.

Seattle-based Plum Creek Timber Co., Inc. ("Plum Creek") contracted with agricultural labor contractors including Eller and Sons Trees, Inc. and Express Forestry, Inc. to provide certain agricultural services on its timber land holdings. Eller and Sons Trees, Inc. and Express Forestry, Inc. allegedly hired Plaintiffs to perform work on some of such contracts and

NOTICE OF RELATED ACTIONS- 1

*Cairncross & Hempelmann, P.S.*
*Law Offices*
*524 Second Avenue, Suite 500*
*Seattle, Washington 98104-2323*
*Phone: 206-587-0700 · Fax: 206-587-2308*

{00394987.DOC;1}

purportedly failed to compensate them properly. Plaintiffs are seeking extensive document discovery from Plum Creek. The two matters in this Court are Motions to Compel Discovery brought by the Plaintiffs against Plum Creek. The parties have filed virtually identical materials in each matter, and the matters raise the same legal issues.

Originally, both matters were assigned to Judge Martinez. However, after Plum Creek filed its Responses in Opposition to Plaintiffs' Motion to Enforce Subpoena Duces Tecum, the first of these two actions, Cause Number 06-306P, was reassigned to Judge Pechman, and the second, Cause Number C06-307MAT, was reassigned to Magistrate Theiler.[1] Because these two actions are related, and in fact are virtually identical matters, Third-Party Plum Creek hereby notifies the Court of their relatedness so that the actions can be assigned to a single Judge of this Court for consideration in accordance with this Court's Local Rules and operating procedures.

Dated this 10th day of March, 2006 at Seattle, Washington.

CAIRNCROSS & HEMPELMANN, P.S.


_/s/ Rosemary Daszkiewicz_
Rosemary Daszkiewicz, WSBA No. 16260
Attorneys for Third-Party Plum Creek Timber Company, Inc.


TROUTMAN SANDERS LLP
Robert H. Buckler, GA Bar No. 092650
*Pro Hac Vice*
Evan H. Pontz, GA Bar No. 583577
*Pro Hac Vice*
5200 Bank of America Plaza
600 Peachtree Street NE
Atlanta, GA 30308

---

[1] It also appears that the Court has mistakenly classified Cause Number C06-307MAT, <u>Hugo Martin Recinos-Recinos, et al. v. Express Forestry, Inc., et al.</u>, as a new lawsuit, because Judge Theiler has issued the standard new case scheduling order. <u>See</u> Docket No. 7.

NOTICE OF RELATED ACTIONS- 2

*Cairncross & Hempelmann, P.S.*
*Law Offices*
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
Phone: 206-587-0700 · Fax: 206-587-2308

{00394987.DOC;1}

**Certificate of Service**

I, Marian C. DiPerna, certify under penalty of perjury of the laws of the State of Washington that, on March 9, 2006, I caused copies of this Notice of Related Actions to be served via CM/ECF electronic notification, with notification sent to the following parties:

Nicholas Broten Straley     nick.straley@columbialegal.org

Andrew H Turner     aturner@splcenter.org

Kristi Graunke     kgraunke@splcenter.org

Dated this 10th day of March, 2006 at Seattle, Washington.

*/s/ Marian C. DiPerna*
Marian C. DiPerna, Legal Assistant

NOTICE OF RELATED ACTIONS- 3

*Cairncross & Hempelmann, P.S.*
**Law Offices**
*524 Second Avenue, Suite 500*
*Seattle, Washington 98104-2323*
*Phone: 206-587-0700 · Fax: 206-587-2308*

{00394987.DOC;1}