UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Hugo Martin Recinos-Recinos, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> Express Forestry Inc. et al., <br><br> Defendant(s). | C06-307MJP <br> MINUTE ORDER |

The following Minute Order is made by direction of the Clerk of Court, Bruce Rifkin:

Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004 regarding consent to proceed before the Magistrate Judge, this action has been reassigned to the Honorable Marsha J. Pechman, United States District Court Judge. All future documents filed in this case must bear the cause number C06-307MJP and bear the Judge's name in the upper right hand corner of the document.

Dated this 14th day of  March , 2006.
Bruce Rifkin, Clerk of Court

By s/ JUDITH A. NOTHERN
Judith A. Nothern, Deputy Clerk